**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF NOVEMBER 3, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| **WD77722** | **State of Missouri vs. Mitchell Moore** |
| **WD78234** | **In The Interest Of: R.K. vs. Juvenile Officer** |



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

**None**